UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GINA SCHANK,

               Plaintiff,

v.                                          Case No.  8:21-cv-1215-WFJ-CPT

PINELLAS COUNTY JAIL,

      Defendant.

_____/

**ORDER**

THIS CAUSE is before the Court on review of the case file. On May 21, 2021, the Court dismissed the complaint without prejudice, because the Pinellas County Jail is not an entity amenable to suit, and ordered Plaintiff to file an amended complaint within twenty-one days. (Doc. 3). Plaintiff was warned that if no complaint was received by the Court within that time, the case would be closed. The order was mailed to the address on file for Plaintiff and was not returned undeliverable. As of the date of this order, Plaintiff has not filed an amended complaint.

Accordingly, it is **ORDERED** that this case is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1). The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on June 15, 2021.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE